# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | ) | |
|---|---|---|
| Jackie Logan | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 6:10-141-HFF |
| | ) | |
| Burger King Restaurant | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* recover from the defendant *(name)* the amount of dollars ($ ), which includes prejudgment interest at the rate of %, plus postjudgment interest at the rate of %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* recover costs from the plaintiff *(name)* .

■ other: the Complaint is DISMISSED without prejudice and without issuance and service of process.

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.

☐ tried by Judge without a jury and the above decision was reached.

■ decided by Judge Henry F. Floyd on the record.

Date: February 18, 2010

*CLERK OF COURT*

s/Angela Lewis

*Signature of Clerk or Deputy Clerk*